1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HJG PARTNERSHIP, | CV 08-5677 RSWL (RCx) |
| Plaintiff, | |
| vs. | **ORDER TO SHOW CAUSE WHY MATTER SHOULD NOT BE CLOSED OR REMANDED TO LOS ANGELES SUPERIOR COURT** |
| TWIN CITY FIRST INSURANCE COMPANY, THE HARTFORD, RSUI INDEMNITY, and DOES 1-50, inclusive, | |
| Defendant(s). | |

This matter was removed from Los Angeles Superior Court on August 29, 2008 by Defendant Twin City. The Notice of Removal noted that Defendant Twin City had not yet been served with a copy of the Complaint. (Notice of Removal ¶ 3.) The Notice also stated that Defendants The Hartford and RSUI Indemnity Company had also not yet

1  been served, and therefore the consent of these two

2  Defendants was not required for removal.  (Notice of

3  Removal ¶ 4.)

4      On September 18, 2008, removing Defendant Twin City

5  was dismissed.  On September 24, 2008, Defendant The

6  Hartford was likewise dismissed.  Apparently, only

7  Defendant RSUI Indemnity Company and the Doe Defendants

8  remain.

9      To date, it is unclear whether the remaining

10 Defendant, RSUI Indemnity Company, has been served with

11 notice of the Complaint.  Further, it is unclear whether

12 Defendant RSUI Indemnity Company consents to removal to

13 this Court.

14     Accordingly, the Parties in this matter are **ORDERED**

15 **TO SHOW CAUSE** regarding:

16     1.  Why this matter should not be closed; and

17     2.  Why this matter should not be remanded to the

18 Los Angeles Superior Court.

19     The parties are to respond within **10 DAYS.**

20

21 **IT IS SO ORDERED.**
                              / s /

22                         _____

23                          **HONORABLE RONALD S.W. LEW**
                           Senior, U.S. District Court Judge

27

28 DATED:  November 5, 2008

2